**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND  20770  
301-344-0052

M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Brian Hurhula, Derivatively on behalf of Human Genome Sciences, Inc. v. H. Thomas Watkins, et al.*
Civil Action No. RWT 12-119

*Edward L. Forgione, Jr., Derivatively on behalf of Human Genome Sciences, Inc. v. H. Thomas Watkins, et al.*
Civil Action No. RWT 11-3680

*Ron Barry, Derivatively on behalf of Human Genome Sciences, Inc. v. H. Thomas Watkins, et al.*
Civil Action No. RWT 12-161

DATE: January 19, 2012

\* \* \* \* \* \* \* \*

The above shareholder derivative actions have been assigned to me, and both relate to essentially the same matters.  Accordingly, the Court directs the parties to **SHOW CAUSE** why the above cases should not be consolidated for all further proceedings.  Since service has not yet been effected on the Defendants, the parties shall be directed to show cause in response to this memorandum within thirty days of the date of service on the last-named Defendant in the three cases.

Despite the informal nature of this letter, it shall constitute an order of court and be docketed accordingly.

/s/
Roger W. Titus
United States District Judge